UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SILVIA MARTINEZ, on behalf of herself and all others similarly situated,

                         Plaintiff,

-v.-

ALLURE DERMATOLOGY, PLLC,

                         Defendants.

------------------------------------------------------------

Civil Action No: 1:24-cv-1532

So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J.  11/2/2024

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: November 1, 2024

| For Plaintiff Silvia Martinez | For Defendant Allure Dermatology, PLLC |
|---|---|
| *s/Mark Rozenberg* | *s/Michael Samuel* |
| Mark Rozenberg | Michael Samuel |
| Stein Saks, PLLC | The Samuel Law Firm |
| One University Plaza | 1441 Broadway suite 6085 |
| Hackensack, NJ 07601 | New York, NY 10018 |
| Ph: (201) 282-6500 | Ph: (212) 563-9884 |
| mrozenberg@steinsakslegal.com | michael@thesamuellawfirm.com |

1

## CERTIFICATE OF SERVICE

I certify that on November 1, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
*Attorneys for Plaintiff*
